**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6831**

ROY SYLVESTER HUNT, JR.,

Plaintiff - Appellant,

v.

TOWNES, Unit Manager to Building; MAY, Captain; JANE DOE, Records Room,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:16-cv-01250-CMH-MSN)

Submitted: December 18, 2018                    Decided: December 21, 2018

Before AGEE, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roy Sylvester Hunt, Jr., Appellant Pro Se. Michael Gordon Matheson, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellee May.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Sylvester Hunt, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hunt v. Townes*, No. 1:16-cv-01250-CMH-MSN (E.D. Va. June 6, 2018). We deny Hunt's motions to amend his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
